**Exhibit A**

**Corporate Organizational Chart**

DMS_US.369022910.8

**Benson Hill, Inc.** (BH)
Parent Company
(Delaware C- Corp)
**Benson Hill Holdings, Inc.(formerly, Benson Hill, Inc., formerly Benson Hill Biosystems, Inc.)** (BHH)
(Delaware C- Corp)
**Benson Hill Fresh, LLC** (BHF)
(Delaware LLC)
100% owned BHH
**J&J Southern Farms, Inc.** (JJSF)
(Florida C- Corp)
100% owned BHF
**Benson Hill Seeds Holding, Inc.** (BHSH)
(Delaware C- Corp)
100% owned BHH
**Benson Hill Seeds, Inc.** (BHS)
(Delaware C- Corp)
100% owned BHSH
**DDB Holdings, Inc.** (DDH)
(Delaware C- Corp)
100% owned BHH
**Benson Hill ND OldCo, Inc.** (BHND) ***f/k/a* Dakota Dry Bean Inc.** (DDB)
(North Dakota C- Corp)
100% owned DDH
**BHB Holdings, LLC** (BHB)
(North Carolina LLC)
100% owned BHH

