**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Benson Hill, Inc., *et al*., | Case No. 25-10539 (TMH)<br>(Jointly Administered) |
| Debtors.[1] | **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **American Natural Processors, Inc.**, Attn: Sam Jennett, 600 Stevens Port Drive, Suite 325, Dakota Dunes, SD 57049, Phone: 605-242-6074, Email: samj@americannatural.us

2. **L7 Informatics, Inc.**, Attn: John Neale, 1219 W. 6th Street, Austin, TX 78703, Phone: 805-679-3163, Email: john.neale@l7informatics.com

3. **Anaplan, Inc.**, Attn: Gregory M. Giangiordano, 50 Hawthorne Street, San Francisco, CA 94105, Phone: 610-331-8131; Email: greg.giangiordano@anaplan.com


ANDREW R. VARA
United States Trustee, Region 3

*/s/ Jonathan W. Lipshie* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: April 2, 2025

Attorney assigned to this Case: Jonathan W. Lipshie, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Ian J. Bambrick, Esq., Phone: (302) 467-4200, Fax: (302) 467-4201

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Benson Hill Fresh, LLC (0614); Benson Hill Holdings, Inc. (3749); Benson Hill, Inc. (4823); Benson Hill Seeds Holding, Inc. (0288); Benson Hill Seeds, Inc. (4599); BHB Holdings, LLC (5101); Benson Hill ND OldCo, Inc. (0722); DDB Holdings, Inc. (6117); and J&J Southern Farms, Inc. (0735). The mailing address for each of the Debtors is 1200 Research Blvd, St. Louis, Missouri 63132.