**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Benson Hill, Inc., *et al.*, | Case No. 25-10539 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF *THIRD AMENDED*[2] AGENDA FOR HEARING
SCHEDULED FOR APRIL 16, 2025, AT 10:00 A.M. (ET), BEFORE THE
HONORABLE THOMAS M. HORAN, U.S. BANKRUPTCY COURT JUDGE,
AT THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET,
3RD FLOOR, COURTROOM 7, WILMINGTON, DELAWARE 19801**

**AT THE DIRECTION OF THE COURT, THIS HEARING HAS BEEN CANCELLED AS NO MATTERS ARE GOING FORWARD**

**ADJOURNED MATTER:**

1. Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [D.I. 15, 3/20/25]

    Objection Deadline:   April 10, 2025, at 4:00 p.m. (ET); extended to April 12, 2025, at 12:00 noon (ET) for the Official Committee of Unsecured Creditors (the "Committee")

    Responses Received:

    A.  Informal response from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Benson Hill Fresh, LLC (0614); Benson Hill Holdings, Inc. (3749); Benson Hill, Inc. (4823); Benson Hill Seeds Holding, Inc. (0288); Benson Hill Seeds, Inc. (4599); BHB Holdings, LLC (5101); Benson Hill ND OldCo, Inc. (0722); DDB Holdings, Inc. (6117); and J&J Southern Farms, Inc. (0735). The mailing address for each of the Debtors is 1200 Research Blvd, St. Louis, Missouri 63132.

[2] **Third Amended Agenda items appear in bold.**

    B.    Objection of the Official Committee of Unsecured Creditors to Debtors' DIP Motion [D.I. 116, 4/11/25]

Related Documents:

    A.    Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [D.I. 49, 3/24/25]

    B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 53, 3/24/25]

    C.    Corrected Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [D.I. 55, 3/25/25]

Status:    With the consent of the Committee and the Court, this matter has been adjourned to Wednesday, April 23, 2025, at 2:00 p.m. (ET).

## MATTERS UNDER CERTIFICATION:

2.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 5, 3/20/25]

Objection Deadline:    April 9, 2025, at 4:00 p.m. (ET); extended to April 11, 2025, at 4:00 p.m. (ET) for the Committee

Responses Received:

    A.    Informal response from the Committee

Related Documents:

    A.    Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations; (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 37, 3/21/25]

  B.  Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 53, 3/24/25]

  C.  Certification of Counsel Regarding Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations; (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 123, 4/14/25]

  D.  Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations; (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 127, 4/14/25]

Status:  An order has been entered with respect to this matter. No hearing is necessary.

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Obligations and (B) Maintain and Continue Employee Benefit Programs and Pay Administrative Obligations Related Thereto; (II) Modifying the Automatic Stay with Respect to the Workers' Compensation Program; (III) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (IV) Granting Related Relief [D.I. 9, 3/20/25]

  Objection Deadline:  April 9, 2025, at 4:00 p.m. (ET); extended to April 11, 2025, at 4:00 p.m. (ET) for the Committee

  Responses Received:

    A.  Informal response from the Committee

  Related Documents:

    A.  Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Obligations and (B) Maintain and Continue Employee Benefit Programs and Pay Administrative Obligations Related Thereto; (II) Modifying the Automatic Stay with Respect to the Workers' Compensation Program; (III) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (IV) Granting Related Relief [D.I. 36, 3/21/25]

    B.  Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 53, 3/24/25]

    C.  Certification of Counsel Regarding Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Obligations and (B) Maintain and Continue

|   |   |   |
|---|---|---|
|   |   | Employee Benefit Programs and Pay Administrative Obligations Related Thereto; (II) Modifying the Automatic Stay with Respect to the Workers' Compensation Program; (III) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (IV) Granting Related Relief [D.I. 124, 4/14/25] |
|   | D. | Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Obligations and (B) Maintain and Continue Employee Benefit Programs and Pay Administrative Obligations Related Thereto (II) Modifying the Automatic Stay with Respect to the Workers' Compensation Program; (III) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (IV) Granting Related Relief [D.I. 129, 4/14/25] |
|   | Status: | An order has been entered with respect to this matter. No hearing is necessary. |
| 4. |   | Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Payment; (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment; and (IV) Granting Related Relief [D.I. 11, 3/20/25] |

    Objection Deadline:    April 9, 2025, at 4:00 p.m. (ET); extended to April 11, 2025, at 4:00 p.m. (ET) for the Committee

Responses Received:

    A.    Informal response from the Committee

Related Documents:

    A.    Interim Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [D.I. 39, 3/21/25]

    B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 53, 3/24/25]

    C.    Certification of Counsel Regarding Final Order (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment,

DMS_US.370658275.1

   (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [D.I. 121, 4/14/25]

  D. Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations; (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 130, 4/15/25]

 Status: An order has been entered with respect to this matter. No hearing is necessary.

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Their Insurance Coverage Entered into Prepetition and Pay All Related Obligations and (B) Renew, Modify, Extend, or Purchase Insurance Coverage; (II) Maintain Their Surety Bond Program, (III) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto and (III) Granting Related Relief [D.I. 14, 3/20/25]

 Objection Deadline: April 9, 2025, at 4:00 p.m. (ET); extended to April 11, 2025, at 4:00 p.m. (ET) for the Committee

 Responses Received:

  A. Informal response from the Committee

  B. Informal response from S2G Investments, Expedition AG Holdings, LLC, Steve Kahn and ProAgInvest, LLC (collectively, the "DIP Lenders")

 Related Documents:

  A. Interim Order (I) Authorizing the Debtors to (A) Maintain Their Insurance Coverage Entered into Prepetition and Pay All Related Obligations and (B) Renew, Modify, Extend, or Purchase Insurance Coverage, (II) Maintain Their Surety Bond Program, (III) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto, and (IV) Granting Related Relief [D.I. 40, 3/21/25]

  B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 53, 3/24/25]

  C. Certification of Counsel Regarding Final Order (I) Authorizing the Debtors to (A) Maintain Their Insurance Coverage Entered Into Prepetition and Pay All Related Obligations and (B) Renew, Modify, Extend, or Purchase Insurance Coverage, (II) Maintain Their Surety Bond Program, (III) Authorizing Banks

|  |  | to Honor and Process Checks and Electronic Transfer Requests Related Thereto, and (IV) Granting Related Relief [D.I. 122, 4/14/25] |
|---|---|---|
|  | D. | Final Order (I) Authorizing the Debtors to (A) Maintain Their Insurance Coverage Entered Into Prepetition and Pay All Related Obligations and (B) Renew, Modify, Extend, or Purchase Insurance Coverage, (II) Maintain Their Surety Bond Program, (III) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto, and (IV) Granting Related Relief [D.I. 126, 4/16/25] |

Status: An order has been entered with respect to this matter. No hearing is necessary.

**MATTERS GOING FORWARD**:

6. Debtors' Motion for Entry of Interim and Final Orders (I) Granting Authority to (A) Continue Using the Cash Management System, Business Form, Books and Records, and Pay All Fees Related Thereto, (B) Implement Ordinary Course Changes to Cash Management System, Including Opening and Closing Accounts, (II) Granting Authority to Continue Intercompany Transactions and Granting Administrative Expense Status to Postpetition Intercompany Transactions; and (III) Granting Related Relief [D.I. 6, 3/20/25]

    Objection Deadline:    April 9, 2025, at 4:00 p.m. (ET); extended to April 12, 2025, at 12:00 p.m. (ET) for the Committee

    Responses Received:

    A. Informal response from the U.S. Trustee

    B. Omnibus Objection and Reservation of Rights of the Official Committee of Unsecured Creditors [D.I. 115, 4/11/25]

    Related Documents:

    A. Interim Order Granting (I) Authority to (A) Continue Using the Cash Management System, Business Forms, Books and Records, and Pay All Fees Related Thereto, (B) Implement Ordinary Course Changes to Cash Management System, Including Opening and Closing Accounts, (II) Authority to Continue Intercompany Transactions and Granting Administrative Expense Status to Postpetition Intercompany Transactions, and (III) Granting Related Relief [D.I. 38, 3/21/25]

- B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 53, 3/24/25]

- C. Certification of Counsel Regarding Second Interim Order Granting (I) Authority to (A) Continue Using the Cash Management System, Business Forms, Books and Records, and Pay All Fees Related Thereto, (B) Implement Ordinary Course Changes to Cash Management System, Including Opening and Closing Accounts, (II) Authority to Continue Intercompany Transactions and Granting Administrative Expense Status to Postpetition Intercompany Transactions, and (III) Granting Related Relief [D.I. 142, 4/15/25]

- **D. Second Interim Order Granting (I) Authority to (A) Continue Using the Cash Management System, Business Forms, Books and Records, and Pay All Fees Related Thereto, (B) Implement Ordinary Course Changes to Cash Management System, Including Opening and Closing Accounts, (II) Authority to Continue Intercompany Transactions and Granting Administrative Expense Status to Postpetition Intercompany Transactions, and (III) Granting Related Relief [D.I. 146, 4/16/25]**

Status: **An order has been entered with respect to this matter. No hearing is necessary.**

7. Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of a Certain Unexpired Lease of Nonresidential Real Property and (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (II) Granting Related Relief [D.I. 31, 3/20/25]

   Objection Deadline:    April 9, 2025, at 4:00 p.m. (ET); extended to April 14, 2025, at 12:00 noon (ET) for Ostara St. Louis, Ltd.

   Responses Received:

   - A. Informal response from 1001 N. Warson Property Owner, LLC (the "Landlord")

   - B. Informal response from Ostara St. Louis, Ltd. ("Ostara")

   Related Documents:

   - A. Notice of Motion [D.I. 65, 3/26/25]

   - B. Certification of Counsel Regarding Order (I) Authorizing the Rejection of Certain Unexpired Leases Effective as of the Petition Date, and (II) Granting Related Relief [D.I. 131, 4/15/25]

C.     Order Authorizing the Rejection of Certain Unexpired Leases Effective as of the Petition Date, and (II) Granting Related Relief [D.I. 134, 4/15/25]

Status:     An order has been entered with respect to this matter. No hearing is necessary.

8. Debtors' Amended Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, Service Providers, and Customers, (B) Foreign Vendors, (C) Shippers and Warehousemen, and (D) Certain Vendors Entitled to Administrative Expense Status Pursuant to Section 503(b)(9) of the Bankruptcy Code; (II) Authorizing the Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 64, 3/26/25

Objection Deadline:     April 9, 2025, at 4:00 p.m. (ET); extended to April 12, 2025, at 12:00 p.m. (ET) for the Committee

Responses Received:

A.     Omnibus Objection and Reservation of Rights of the Official Committee of Unsecured Creditors [D.I. 115, 4/11/25]

Related Documents:

A.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers, (B) Foreign Vendors, (C) Shippers and Warehousemen, and (D) Certain Vendors Entitled to Administrative Expense Status Pursuant to Section 503(b)(9) of the Bankruptcy Code; (II) Authorizing the Banks to Honor and Process Checks and Electronic Transfer requests Related Thereto; and (III) Granting Related Relief [D.I. 13, 3/20/25]

B.     Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers, (B) Foreign Vendors, (C) Shippers and Warehousemen and (D) Certain Vendors Entitled to Administrative Expense Status Pursuant to Section 403(b)(9) of the Bankruptcy Code; (II) Authorizing the Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 48, 3/24/25]

D.     Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 53, 3/24/25]

E. Certification of Counsel Regarding Second Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers, (B) Foreign Vendors, (C) Shippers and Warehousemen, and (D) Certain Vendors Entitled to Administrative Expense Status Pursuant to Section 503(b)(9) of the Bankruptcy Code; (II) Authorizing the Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 140, 4/15/25]

F. **Second Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers, (B) Foreign Vendors, (C) Shippers and Warehousemen, and (D) Certain Vendors Entitled to Administrative Expense Status Pursuant to Section 503(b)(9) of the Bankruptcy Code; (II) Authorizing the Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [D.I. 145, 4/16/25]**

Status: **An order has been entered with respect to this matter. No hearing is necessary.**

9. Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets; (II) Approving Procedures to Designate One or More Stalking Horse Bidders and Provide Associated Bid Protections; (III) Scheduling an Auction for and Hearing to Approve the Sale of Substantially All of the Debtors' Assets; (IV) Approving Notice of the Respective Date, Time, and Place for an Auction and for a Hearing on Approval of Sale; (V) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (VI) Approving the Form and Manner of Notice Thereof; and (VII) Granting Related Relief; and (B) an Order Authorizing and Approving (I) the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests; (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Related Relief [D.I. 73, 3/28/25]

Objection Deadline: April 10, 2025, at 4:00 p.m. (ET); extended to April 12, 2025, at 5:00 p.m. (ET) for the Committee

Responses Received:

A. Informal response from the U.S. Trustee

B. Informal response from the Committee

  C. Remington Seeds, LLC's Limited Objection to Debtors' Bid Procedures Motion [D.I. 112, 4/10/25]

Related Documents:

  A. Debtors' Motion for Entry of an Order Shortening the Notice and Objection Periods for the Debtors' Bidding Procedures Motion [D.I. 75, 3/28/25]

  B. Order Shortening the Notice and Objection Periods for the Debtors' Bidding Procedures Motion [D.I. 76, 3/28/25]

Status: The Debtors have resolved the informal responses of the U.S. Trustee and the Committee, and are conferring with Remington Seeds, LLC's ("Remington") regarding a potential resolution of Remington's limited objection. The Debtors will provide the Court with a revised version of the proposed order prior to the hearing once the parties have finished finalizing the revisions. With the consent of the Committee, Remington, and the U.S. Trustee, this matter has been adjourned to Wednesday, April 23, 2025, at 2:00 p.m. (ET).

Dated: April 16, 2025
   Wilmington, Delaware

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Ian J. Bambrick*
Ian J. Bambrick (No. 5455)
Patrick A. Jackson (No. 4976)
Sarah E. Silveira (No. 6580)
222 Delaware Ave., Suite 1410
Wilmington, DE 19801
Tel: (302) 467-4200
Fax: (302) 467-4201
ian.bambrick@faegredrinker.com
patrick.jackson@faegredrinker.com
sarah.silveira@faegredrinker.com

Michael T. Gustafson (*pro hac vice*)
320 South Canal Street, Suite 3300
Chicago, IL 60606
Tel: (312)569-1000
Fax: (312) 569-3000
mike.gustafson@faegredrinker.com

*Proposed Counsel to the Debtors and Debtors in Possession*