**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Benson Hill, Inc., *et al.*, | Case No. 25-10539 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. D.I. 194** |

**NOTICE OF VIRTUAL AUCTION**

**PLEASE TAKE NOTICE** that, on April 23, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets; (II) Approving Procedures to Designate a Stalking Horse Bidder and Provide Associated Bid Protections; (III) Scheduling an Auction for and Hearing to Approve the Sale of Substantially All of the Debtors' Assets; (IV) Approving Notice of the Respective Date, Time, and Place for an Auction and for a Hearing on Approval of the Sale; (V) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (VI) Approving the Form and Manner of Notice Thereof; and (VII) Granting Related Relief* [D.I. 194] (the "Bidding Procedures Order") to govern the sale and auction of all or substantially all of the assets (the "Assets") of Benson Hill, Inc. and certain of its above-captioned affiliates (the "Debtors").[2]

**PLEASE TAKE FURTHER NOTICE** that, if the Debtors receive at least two Qualified Bids (including the Stalking Horse Bid) prior to the Bid Deadline of May 14, 2025, at 5:00 p.m. (ET), then the Debtors will conduct the Auction in accordance with the Bidding Procedures on **May 15, 2025, at 10:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE THAT TO THE EXTENT THE DEBTORS HOLD THE AUCTION, THE AUCTION WILL BE CONDUCTED VIRTUALLY**.

**PLEASE TAKE FURTHER NOTICE** that, if you wish to attend the Auction, please contact counsel to the Debtors at Faegre Drinker Biddle & Reath LLP, Attn: Cathy Greer (cathy.greer@faegredrinker.com); Sarah E. Silveira (sarah.silveira@faegredrinker.com); and Ian J. Bambrick (ian.bambrick@faegredrinker.com).

**PLEASE TAKE FURTHER NOTICE** that copies of this notice and all other filings in the above-captioned chapter 11 cases (the "Chapter 11 Cases") may be obtained by parties in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Benson Hill Fresh, LLC (0614); Benson Hill Holdings, Inc. (3749); Benson Hill, Inc. (4823); Benson Hill Seeds Holding, Inc. (0288); Benson Hill Seeds, Inc. (4599); BHB Holdings, LLC (5101); Benson Hill ND OldCo, Inc. (0722); DDB Holdings, Inc. (6117); and J&J Southern Farms, Inc. (0735). The mailing address for each of the Debtors is 1200 Research Blvd, St. Louis, Missouri 63132.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

interest free of charge on the dedicated webpage related to the Chapter 11 Cases maintained by the claims and noticing agent in these cases, https://cases.stretto.com/BensonHill/. Copies of such documents are also available for inspection during regular business hours at the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801, and may be viewed for a fee at the Court's website, http://www.deb.uscourts.gov/, by following the directions for accessing the ECF system on such website.

Dated:  May 13, 2025
        Wilmington, Delaware

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Sarah E. Silveira*

| | |
|---|---|
| Ian J. Bambrick (No. 5455) | Michael P. Pompeo (*pro hac vice*) |
| Patrick A. Jackson (No. 4976) | 1177 Avenue of the Americas, 41st Floor |
| Sarah E. Silveira (No. 6580) | New York, NY 10036 |
| 222 Delaware Ave., Suite 1410 | Tel:  (212) 248-3140 |
| Wilmington, DE 19801 | Fax:  (212) 248-3141 |
| Tel:  (302) 467-4200 | michael.pompeo@faegredrinker.com |
| Fax:  (302) 467-4201 | |
| ian.bambrick@faegredrinker.com | Michael T. Gustafson (*pro hac vice*) |
| patrick.jackson@faegredrinker.com | 320 South Canal Street, Suite 3300 |
| sarah.silveira@faegredrinker.com | Chicago, IL 60606 |
| | Tel:  (312) 569-1000 |
| | Fax:  (312) 569-3000 |
| | mike.gustafson@faegredrinker.com |

*Counsel to the Debtors and
Debtors in Possession*