**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Benson Hill, Inc., *et al.*, | Case No. 25-10539 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. D.I. 325, 367 & 368** |

## NOTICE OF SALE CLOSING

**PLEASE TAKE NOTICE** that, on May 14, 2025, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Notice of (I) Cancellation of Auction and (II) Designation of Winning Bidder* [D.I. 325] (the "Notice of Winning Bidder") indicating that (i) Expedition Ag Holdings, LLC, (ii) S2G Builders Food & Agriculture Fund III, LP (an affiliate and designee of S2G Investments, LLC), (iii) Steve Kahn, and (iv) ProAgInvest, LLC (or their designee, the "Stalking Horse Bidders") had been designated as the Winning Bidders with respect to the sale (the "Sale") of substantially all of the assets of those Debtors identified as Sellers in that certain *Asset Purchase Agreement* with the Stalking Horse Bidders (the "Asset Purchase Agreement") attached as **Exhibit A** to the Sale Order (defined below). Attached to the Notice of Winning Bidder as **Schedule 1** was the proposed schedule of contracts to be assumed and assigned to the Stalking Horse Bidders (the "Initial Assumed Contracts List").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 9.4(b) of the Asset Purchase Agreement, the Stalking Horse Bidders designated Confluence Genetics, LLC (the "Buyer") as their designee thereunder.

**PLEASE TAKE FURTHER NOTICE** that, on May 22, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 367] (the "Sale Order")[2] approving the Sale to the Buyer.

**PLEASE TAKE FURTHER NOTICE** that, on May 23, 2025, the Sale closed.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 5 of the Notice of Winning Bidder, the Initial Assumed Contracts List remained subject to ongoing review and was subject to amendment, modification, supplementation, or withdrawal, in whole or in part, including, without limitation, to add or remove unexpired leases or executory contracts through the Designation Date, as defined in section 1.6(b) of the Asset Purchase Agreement.

**PLEASE TAKE FURTER NOTICE** that the Debtors and Buyer agreed to extend the Designation Deadline through May 29, 2025 [D.I. 368].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Benson Hill Fresh, LLC (0614); Benson Hill Holdings, Inc. (3749); Benson Hill, Inc. (4823); Benson Hill Seeds Holding, Inc. (0288); Benson Hill Seeds, Inc. (4599); BHB Holdings, LLC (5101); and J&J Southern Farms, Inc. (0735). The mailing address for each of the Debtors is 1001 N. Warson Road, Suite 200, St. Louis, Missouri 63132.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to them in the Notice of Winning Bidder or the Sale Order (including the Asset Purchase Agreement), as applicable.

**PLEASE TAKE FURTHER NOTICE** that, once the Designation Deadline, as extended, has passed, the Debtors will file and serve a final list of Assumed Contracts (the "<u>Final Assumed Contracts List</u>") as well as a redline comparison of the Final Assumed Contracts List marked against the Initial Assumed Contracts List.

**PLEASE TAKE FURTHER NOTICE THAT** copies of all filings in the above-captioned Chapter 11 Cases may be obtained by parties in interest free of charge on the dedicated webpage maintained for the Chapter 11 Cases by the claims and noticing agent in these cases, https://cases.stretto.com/BensonHill/. Copies of such documents are also available for inspection during regular business hours at the Clerk of the Bankruptcy Court, 824 N. Market Street, 5th Floor, Wilmington, DE 19801, and may be viewed for a fee at the Court's website, http://www.deb.uscourts.gov/, by following the directions for accessing the ECF system on such website.

Dated: May 28, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Ian J. Bambrick*

| | |
|---|---|
| Ian J. Bambrick (No. 5455) | Michael P. Pompeo (*pro hac vice*) |
| Patrick A. Jackson (No. 4976) | 1177 Avenue of the Americas, 41st Floor |
| Sarah E. Silveira (No. 6580) | New York, NY 10036 |
| 222 Delaware Ave., Suite 1410 | Tel: (212) 248-3140 |
| Wilmington, DE 19801 | Fax: (212 248-3141 |
| Tel: (302) 467-4200 | michael.pompeo@faegredrinker.com |
| Fax: (302) 467-4201 | |
| ian.bambrick@faegredrinker.com | Michael T. Gustafson (*pro hac vice*) |
| patrick.jackson@faegredrinker.com | 320 South Canal Street, Suite 3300 |
| sarah.silveira@faegredrinker.com | Chicago, IL 60606 |
| | Tel: (312) 569-1000 |
| | Fax: (312) 569-3000 |
| | mike.gustafson@faegredrinker.com |

*Counsel to the Debtors and
Debtors in Possession*

2

DMS_US.371280873.3